UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN HARKNESS, ET AL.,

              Plaintiffs,

       - against -

UBER TECHNOLOGIES, INC.,

              Defendant.

26-cv-0933 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed during today's telephone conference, the defendant's time to respond to the complaint is **stayed** until 21 days after the Supreme Court issues its decision in <u>Flowers Foods, Inc. v. Brock</u>, No. 24-935.

The plaintiffs represented that, if the decision in <u>Flowers Foods, Inc. v. Brock</u> does not affect the defendant's request to compel arbitration and strike the class allegations, the plaintiffs will consent to that relief.

The initial conference scheduled for June 2, 2026, is **canceled**.

**SO ORDERED.**

Dated:    New York, New York
          May 13, 2026

                                  John G. Koeltl
                       United States District Judge