UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN HARKNESS,

                    **Plaintiff,**

       - against -

ENMAR GHANNOUM, ET AL.,

                    **Defendants.**

---

26-cv-0933 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' motion to compel arbitration (ECF No. 17) on **Monday, June 29, 2026, at 2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    **New York, New York**
          **June 24, 2026**

                          **John G. Koeltl**
                    **United States District Judge**