UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN HARKENSS, ET AL.,

Plaintiffs,

- against -

UBER TECHNOLOGIES, INC.,

Defendant.

26-cv-933 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to compel arbitration (ECF No. 17).

SO ORDERED.

Dated: New York, New York
September 7, 2026

John G. Koeltl
United States District Judge